**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Manuel CRUZ–OCHOA, Defendant—
Appellant.**

**No. 09–10345.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 3, 2011.

Michael D. Anderson, Assistant U.S., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff-Appellee.

Edgar Eugene Page, Page & Page Attorneys at Law, San Francisco, CA, for Defendant-Appellant.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Manuel Cruz–Ochoa appeals from his guilty-plea conviction and 51–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cruz–Ochoa's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the reference to section 1326(b). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding the sua sponte to delete the reference to section 1326(b)).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED; REMANDED** to correct the judgment.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).